FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>TIMOTHY PAUL MARCHINI (2),<br><br>Defendant. | NO: 2:19-CR-127-RMP-2<br><br>ORDER ACCEPTING GUILTY PLEA |

On May 5, 2020, Timothy Paul Marchini, who is in custody of the U.S. Marshal, appeared before the Court via video conference from the Whitman County Jail. Defendant, Timothy Paul Marchini, by and through this Plea Agreement and pursuant to the CARES Act § 15002(b)(2), Pub. L. No. 116-136 (H.R. 748) (eff. March 27, 2020), and General Order No. 20-101-3 (E.D. Wash. Mar. 30, 2020), expressly waived his right to be physically present, *see* Fed. R. Crim. P. 43(a), and consented to appear by video-conferencing for this hearing.

Defendant was represented by Criminal Justice Act attorney Peter S. Schweda, and Assistant United States Attorney Alison L. Gregoire represented the

ORDER ACCEPTING GUILTY PLEA ~ 1

Government. Mr. Schweda and Ms. Gregoire also appeared via video conference from their respective offices. Defendant entered a plea of guilty to the Information Superseding Indictment, ECF No. 73, filed on May 5, 2020, charging Defendant with Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(l), a Class C Felony.

The Court finds that Defendant's plea of guilty to the Information Superseding Indictment is voluntary and not induced by fear, coercion, or ignorance. The Court further finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, the consequences of a guilty plea, and that the facts admitted to by Defendant in open court constitute the essential elements of the charged crime.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's plea of guilty is accepted.

2. All pending pretrial motions, if any, are **DENIED AS MOOT**.

3. All previously set court dates, including the trial date, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this order and provide copies to counsel.

**DATED** May 7, 2020.

                              *s/ Rosanna Malouf Peterson*
                             ROSANNA MALOUF PETERSON
                               United States District Judge

ORDER ACCEPTING GUILTY PLEA ~ 2