|   |   |
|---|---|
| 1 | William D. Hyslop |
| 2 | United States Attorney |
|   | Eastern District of Washington |
| 3 | David M. Herzog |
| 4 | Assistant United States Attorney |
|   | Post Office Box 1494 |
| 5 | Spokane, WA 99210-1494 |
| 6 | Telephone: (509) 353-2767 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00127-RMP-02 |
|---|---|
| Plaintiff, | United States' Notice of Review of PSIR |
| v. |   |
| JESSICA ANN CUNNINGTON (a/k/a "Akoostik1") and TIMOTHY PAUL MARCHINI (a/k/a "daddy4ltlgrl"), | Court: Hon. Rosanna Malouf Peterson United States District Judge |
| Defendants. |   |

Plaintiff United States of America, by and through its counsel of record, William D. Hyslop, United States Attorney for the Eastern District of Washington, and David M. Herzog, Assistant United States Attorney, hereby gives notice that the United States has reviewed the Presentence Investigation Report ("PSIR") with regard to Defendant Timothy Paul Marchini (ECF No. 85) and has no objections. The United States anticipates filing a substantive sentencing position in accordance with this Court's sentencing orders, and reserves the right to oppose and/or answer Defendant's objections as appropriate.

Dated: July 27, 2020

William D. Hyslop
United States Attorney

*s/David M. Herzog*
David M. Herzog
Assistant United States Attorney

NOTICE OF PSIR REVIEW - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, I electronically filed the foregoing with the Clerk of the Court and parties of record using the CM/ECF System, which will provide an electronic copy to Defendant's counsel of record.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

NOTICE OF PSIR REVIEW - 2